**Order entered August 12, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00606-CR

### FRANK DEONE MORAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-63812-U**

## ORDER

We **GRANT** Official Court Reporter Cheryl A. Dixon's August 10, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **FIFTEEN DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE